1  Grant E. Kinsel, Bar No. 172407
   GKinsel@perkinscoie.com
2  Michael J. Song, Bar No. 243675
   MSong@perkinscoie.com
3  **PERKINS COIE LLP**
4  1888 Century Park East, Suite 1700
   Los Angeles, CA 90067-1721
5  Telephone: 310.788.9900
   Facsimile: 310.788.3399
6

7  Attorneys for Defendant
   **F5 Networks, Inc.**
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A10 NETWORKS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware Corporation, and F5 NETWORKS, INC., a Washington Corporation,<br><br>Defendants. | Case No. SACV11-01378 JST (ANX)<br><br>**F5 NETWORKS, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>**(FED. R. CIV. P. 7.1; LOCAL RULE 7.1-1)** |

1 | Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant F5 Networks, Inc. states:  F5 Networks, Inc. has no parent company.  No publicly-held corporation owns 10% or more of F5 Networks, Inc.'s stock.

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Defendant F5 Networks, Inc., certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

F5 Networks, Inc. (defendant)

Brocade Communications Systems, Inc. (defendant)

A10 Networks, Inc. (plaintiff)

A10 Networks, Inc.-Taiwan (affiliated with plaintiff; assignor of patents-in-suit to plaintiff)

Industrial Technology Research Institute (assignor of patents-in-suit to A10 Networks, Inc.-Taiwan)

DATED:  September 30, 2011           **PERKINS COIE LLP**

By: */s/ Michael J. Song*
Grant E. Kinsel, Bar No. 172407
GKinsel@perkinscoie.com
Michael J. Song, Bar No. 243675
MSong@perkinscoie.com

Attorneys for Defendant
**F5 NETWORKS, INC.**

- 1 -